IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BARBARA MILDREN :
and RAYMOND MILDREN, :
    Plaintiffs : No. 1:18-cv-01403
:
v. : (Judge Kane)
:
GARRETT LEE WATKINS, et al., :
    Defendants :
:

# ORDER

**AND SO**, on this 11th day of September 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant United Rentals, Inc.'s[1] ("United Rentals") Motion to Dismiss Counts VII and VIII of Plaintiffs' Third Amended Complaint (Doc. No. 34) is **GRANTED**;

2. Counts VII and VIII of the Third Amended Complaint are **DISMISSED** as to Defendant United Rentals, and the Clerk is directed to **TERMINATE** United Rentals as a Defendant;[2]

3. Defendant SpringLine Excavating, LLC's ("SpringLine") Motion to Dismiss Plaintiffs' Third Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Doc. No. 25) is **GRANTED**;

4. The claims asserted against Defendant SpringLine in the Third Amended Complaint (Counts II and III) are **DISMISSED**, and the Clerk is directed to **TERMINATE** SpringLine as a Defendant; and

5. The Court will schedule a case management conference in this matter by separate Order.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania

---

[1] The Clerk is directed to change United Rentals, Inc.'s name on the docket of this matter to United Rentals (North America), Inc.

[2] The Clerk is also directed to terminate United Rentals as a cross-defendant in this matter.